**Order entered October 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00951-CR
### No. 05-18-00953-CR

**CHARLES JACOB MARSHALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068850 & 069416**

## ORDER

Before the Court is court reporter Cindy Bardwell's October 4, 2018 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before October 31, 2018.

/s/      CRAIG STODDART
          JUSTICE